**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICOLE PALUGA, | CIVIL ACTION NO. 08-1619 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | |
| Defendants. | |

**THE COMPLAINT** (1) being filed here on April 2, 2008, and (2) asserting that the action "should be . . . transfer[red] to Multidistrict Litigation No. 1769 In Re: Seroquel Products Liability Litigation, United States District Court, Middle District of Florida, Orlando Division, the Honorable Anne C. Conway" (dkt. entry no. 1, Compl.); and the Court notifying the plaintiff — by a notice entered October 8, 2008 ("Notice") — that (1) the action remains on the docket for the District of New Jersey, and (2) there is no indication that the plaintiff, <u>inter alia</u>, served any of the defendants within 120 days after the complaint was filed, or at any point thereafter (dkt. entry no. 3, Notice);[1] and the Court notifying the plaintiff of the intention to dismiss the complaint unless the plaintiff filed a response — by 5 P.M. on October 23, 2008 — explaining the

---

[1] The plaintiff actually was electronically notified twice of the Notice. (<u>See</u> dkt. entry nos. 3 & 4.)

apparent failure to abide by, inter alia, Federal Rule of Civil Procedure ("Rule") 4(m), see Sykes v. Blockbuster Video, 205 Fed.Appx. 961, 963-64 (3d Cir. 2006), Liu v. Oriental Buffet, 134 Fed.Appx. 544, 546 (3d Cir. 2005); and

**THE PLAINTIFF** failing to respond to the Notice; and thus the Court intending to dismiss the complaint for the plaintiff's failure to comply with Rule 4(m); and for good cause appearing, the Court will issue an appropriate order and judgment.[2]

                                              s/ Mary L. Cooper
                                              **MARY L. COOPER**
                                              United States District Judge

**Dated:** October 24, 2008

---

[2] The Court notes that whether the plaintiff "did or did not receive the District Court's . . . order which directed . . . compl[iance] with Rule 4 is irrelevant; [the plaintiff] was still expected to comply with the rules of procedure." Sykes, 205 Fed.Appx. at 963.